UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 99-CR-30004 |
| DAVID M. MUHAMMAD, | ) |
| Defendant. | ) |

REPORT AND RECOMMENDATION

BEFORE U.S. MAGISTRATE JUDGE BYRON CUDMORE:

This matter is before the undersigned pursuant to Order entered by United States District Judge Richard Mills on August 2, 2010, designating this United States Magistrate Judge to conduct hearings on the Petitions for Summons or Warrant for Offender Under Supervision (Petition to Revoke Supervised Release), and to submit proposed Findings of Facts and Recommendations for disposition under Title 18 U.S.C. §3401(i) and 3583(e). An initial hearing was held on August 20, 2010 and further proceedings were held on September 8, 2010.

On September 8, 2010, the Defendant, represented by counsel Robert Scherschligt, admitted all six allegations in the petition. Thereafter, with the parties consent the Court moved on to sentencing. The parties advised they had reviewed the violation memoranda prepared by the U.S. Probation Office.

The Court found:

1.   Defendant David M. Muhammad has a relevant criminal history category of II.  U.S.S.G.  §7B1.4(a)

2.   The most serious grade of violation committed by Defendant constitutes a Grade C violation, pursuant to U.S.S.G. §7B1.1(a)(3).

3.   Pursuant to U.S.S.G. §7B1.4(a), upon revocation of supervised release, the advisory sentencing range of imprisonment applicable to Defendant is 4-10 months.

4.   The statutory maximum imprisonment was 24 months for violations 1 and 3 and 36 months for violation 2.

The Court then heard the statements and positions of the Defendant and the Government regarding the appropriate sentence which the Court should impose for Defendant's violations of supervised release.

The Court having heard the admission of the petition by the Defendant and the arguments, evidence, and discussions on behalf of each party, now finds that the Defendant violated all six conditions of supervised release.  The Defendant's supervised release is therefore REVOKED and Defendant David M. Muhammad is sentenced to the custody of the Attorney General or his designee for a period fo 12 months and 1 day with no continuation of supervised release.  The undersigned recommends a sentence above the Advisory Guideline Range

because Defendant not only violated the six conditions of supervised release set forth in the Petition to Revoke Supervised Release, but also had repeated violations for illegal drug use. Additionally, the undersigned makes this recommendation because Defendant failed to follow the rules and procedures for supervised release and there would be no benefit to reimpose an additional term of supervised release. The service of the sentence imposed is to begin immediately.

You are hereby notified that U.S. District Judge Richard Mills may reconsider any matter assigned to a United States Magistrate Judge pursuant to Title 28 U.S.C. §636 and Rule 72 of the Federal Rules of Civil Procedure. You shall have within 14 days after being served via ECF with a copy of the Report and Recommendation to serve and file written objections to the proposed findings of facts and conclusions of law and recommendations of this United States Magistrate Judge. If written objections to these proposed findings of facts and recommendations are made, Judge Mills will make a *de novo* determination of those portions of the Report or specified proposed findings or recommendation to which an objection is made.

ENTER:   September 8, 2010

s/ Byron G. Cudmore

BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE