UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 99-CR-30004 |
| DAVID M. MUHAMMAD, | ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE U.S. DISTRICT JUDGE RICHARD MILLS:

Having reviewed U.S. Magistrate Judge Byron Cudmore's Report and Recommendation that Defendant David M. Muhammad's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) Federal Rules of Criminal Procedure and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of 12 months and 1 day in the custody of the Attorney General or his designee. The service of the sentence is to begin immediately.

SO ORDERED: 18 Oct 10

s/ Richard Mills

RICHARD MILLS
UNITED STATES DISTRICT JUDGE